**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7000**

_____

In Re:  ARTHUR W. PRIVOTT, a/k/a Big Bud,


                                                    Petitioner.


_____

On Petition for Writ of Mandamus
(CR-99-73; CA-99-73-2-BO)

_____

Submitted:  October 15, 2004        Decided:  November 16, 2004

_____

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Arthur W. Privott, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur W. Privott petitions for a writ of mandamus, alleging the district court has unduly delayed acting on our March 29, 2002 judgment that vacated and remanded its dismissal of his 28 U.S.C. § 2255 (2000) motion. Privott seeks an order from this Court directing the district court to act. Although we find that mandamus relief is not warranted because the district court has recently taken significant action in this case, we deny the mandamus petition without prejudice. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED